| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 0206/1:00-CR-453-001 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 07 CRIM. 302 |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Anthony Norman 1 Remsen Road, Apt. 4F Yonkers, NY 10710 | DISTRICT NORTHERN DISTRICT OF NEW YORK | DIVISION U.S. Probation - Albany |
| | NAME OF SENTENCING JUDGE Honorable Thomas J. McAvoy, Senior USDCJ | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 11/13/06   TO 11/12/11 |

OFFENSE

21 U.S.C. 846 and 841(a)(1): Conspiracy to Possess and Distribute Cocaine Base.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "NORTHERN DISTRICT OF NEW YORK"

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the SOUTHERN DISTRICT OF NEW YORK upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

2/5/07
_Date_                                                      _United States District Judge_

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

APR 1 8 2007
_Effective Date_                                            _United States District Judge_

**FRANK MAAS**
United States Magistrate Judge
Southern District of New York

*Stamp: Judge Scheindlin*
*Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: APR 18 2007*