

**07 CRIM. 302**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
### PROBATION OFFICE

## MEMORANDUM

**TO:** Jim Molinelli
Criminal Part 1 Clerk

**FROM:** Shevell Rudolph
U.S. Probation Officer

**RE:** Anthony Norman
00 CR 453-01

**DATE:** APRIL 11, 2007

### TRANSFER OF JURISDICTION APPROVAL

On February 5, 2007, the Transfer of Jurisdiction Request from the Northern District of New York to the Southern District of New York, was approved by the Honorable Thomas J. McAvoy, U.S. District Judge for the Northern District of New York.

Enclosed please find the original of the Probation Form 22 (Transfer of Jurisdiction Order) and the original memo from the Northern District of New York.

Please feel free to contact me if you have any questions or need further information regarding this request at (212) 805-5105.

Thank you

*Shevell Rudolph /s/*

Shevell Rudolph
U.S. Probation Officer

APR 11 08 2007
APR 1 8 2007